| STATE OF NEW YORK | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT | |
|---|---|---|
| DOCUMENTS SERVED WITH INDEX#: 08CIV.3370 | AND FILED ON | 4/4/2008 |

| | |
|---|---|
| EDMOND MALONE INDIVIDUALLY AND ON BEHALF OF ALL OTHER INDIVIDUALS SIMILARLY SITUATED<br>Vs.<br>TRI STATE LLC, ET AL | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK          )
                            ) SS
COUNTY OF WESTCHESTER       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 4/17/2008 at 12:37PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT, INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; **

Party Served: MATTHEW PRATO    (herein called recipient) therein named.

At Location: 323 RAILROAD AVENUE

BEDFORD HILLS NY 10507

**Individual Practices of William C. Conner; and Individual Practices of Magistrate Judge George A. Yanthis

By delivering to and leaving with PHILLIP THOMAS a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 4/17/08, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT, INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | GRAY |
|---|---|---|---|---|---|
| Age | 58 | Height | 5'10"-6' | Weight | 190 |
| Other Features | | | | SEATED | |

Sworn to before me on the 4/17/2008

_Gail Williams_ (signature)

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

_Gary Williams_ (signature)
Gary Williams

Server's License#: