STATE OF NEW YORK                          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.3370          AND FILED ON          4/4/2008

| | |
|---|---|
| EDMOND MALONE INDIVIDUALLY AND ON BEHALF OF ALL OTHER INDIVIDUALS SIMILARLY SITUATED<br>Vs.<br>TRI STATE LLC, ET AL | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                              )
                                                                          ) SS
COUNTY OF WESTCHESTER              )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __4/17/2008__ at __12:37PM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT, INSTRUCTIONS FOR FILING AN ELECTRONIC CASE**

Party Served: GARON FENCE CO., D/B/A BEDFORD IRON WORKS          (herein called recipient) therein named.

At Location: 323 RAILROAD AVENUE
BEDFORD HILLS NY 10507

By delivering to and leaving with __PHILLIP THOMAS__ and that deponent knew the person so served to be the MANAGING AGENT of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | GRAY |
|---|---|---|---|---|---|
| Age | 58 | Height | 5'10"-6' | | |
| Weight | 190 | Other Features | SEATED | | |

**OR APPEAL, INDIVIDUAL PRACTICES OF WILLIAM C. CONNER; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE GEORGE A. YANTHIS

Sworn to before me on __4/17/2008__

_[signature]_

Gary Williams

Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4065052
Qualified in Westchester County
Commission Expires September 30, 2010