UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDMOND MALONE, Individually and on behalf of all other Individuals similarly situated,

Plaintiff,

-v-

TRI STATE LLC, TRI STATE GATE LLC, GARON FENCE CO. INC., MATTHEW PRATO and GREGG PRATO,

Defendant.

Case No. 08 CIV 3370

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for TRI STATE GATE LLC, GARON FENCE CO. INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

| ENTITY | CORPORATE PARENTS/SUBSIDIARIES/AFFILIATES |
|---|---|
| Tri State Gate LLC | None. |
| Garon Fence Co. Inc. | None. |

**Date:** May 9, 2008

**Signature of Attorney**

**Attorney Bar Code:** DS4445

Form Rule7_1.pdf  SDNY Web 10/2007